UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tatiana Zheludova,
    Plaintiff(s),

v.  Case. No. 1:11cv355
(Consent case, J.; Litkovitz, M.J.)

Delta Airlines,
    Defendant(s).

_____
ORDER
_____

The Final Pretrial Conference set for September 21, 2012, and the Bench Trial currently set in this matter for October 9, 2012 are hereby **VACATED**.

SO ORDERED.

Date 9/18/2012      s/Karen L. Litkovitz
awh    September 18, 2012      Karen L. Litkovitz
United States Magistrate Judge