# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

TATIANA ZHELUDOVA,
    Plaintiff

Case No. 1:11-cv-355
Dlott, J.
Litkovitz, M.J.

vs

DELTA AIRLINES,
    Defendant.

**ORDER**

This matter is before the Court on defendant Delta Air Lines, Inc.'s Motion to Compel Plaintiff's Discovery Responses. (Doc. 28). Following the Court's telephone status conference with Ms. Zheludova and counsel for Delta Airlines on November 9, 2012, counsel agreed to send another copy of the discovery requests to Ms. Zheludova and Ms. Zheludova agreed to provide the responses within 30 days. Accordingly, the motion to compel discovery is **denied** as moot. Ms. Zheludova must respond to defendant's discovery requests by December 10, 2012.

    **IT IS SO ORDERED.**

Date: 11/19/12

Karen L. Litkovitz
United States Magistrate Judge